In re Webb, Xavier A.; — Plaintiff(s); applying for supervisory and/remedial writ; Parish of Lincoln, 3rd Judicial District Court, Div. “A”, No. 27,037; to the Court of Appeal, Second Circuit, No. 31394-KH.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La.10/13/95), 661 So.2d 480; State *1160 ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
VICTORY, J., not on panel.